MICHAEL SHEMTOUB, ESQ. – State Bar No. 253948
**BEVERLY LAW FIRM**
4929 Wilshire Blvd., Suite 960
Los Angeles, CA 90010
Phone: 310-552-6959
Fax:  323-421-9397
michael@beverlylaw.org
fax@beverlylaw.org

Attorney for *Plaintiff*,
ROSALINDA SEFERINO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| ROSALINDA SEFERINO, an Individual<br><br>                          Plaintiff,<br><br>                v.<br><br>UNITED STATES OF AMERICA,<br><br>                          Defendant. | Case No.: _____<br><br>**COMPLAINT FOR DAMAGES**<br> **(Federal Tort Claims Act)**<br><br><br>**DEMAND FOR BENCH TRIAL** |

COMES NOW Plaintiff, ROSALINDA SEFERINO ("Plaintiff"), and brings this civil action against Defendant, UNITED STATES OF AMERICA ("Defendant") pursuant to the Federal Tort Claims Act, *28 U.S.C. §§ 1346(b)*, *2671–2680*, for personal injuries and damages sustained as a result of the negligent operation of a motor vehicle by an employee of the United States Postal Service acting within the course and scope of his federal employment.

## I.    PARTIES

1.  Plaintiff ROSALINDA SEFERINO is an individual residing in San Bernardino County, California.

2.  Defendant UNITED STATES OF AMERICA is liable pursuant to the Federal Tort Claims Act for the negligent acts and omissions of its employee, a United States Postal Service

1
**COMPLAINT FOR DAMAGES (Federal Tort Claims Act)**

vehicle operator, acting within the course and scope of federal employment at all relevant times.

## II.      JURISDICTION AND VENUE

3.  This action arises under the Federal Tort Claims Act ("FTCA"), *28 U.S.C. §§ 1346(b), 2671–2680*.

4.  This Court has exclusive subject matter jurisdiction pursuant to *28 U.S.C. § 1346(b)(1)*, which grants federal district courts jurisdiction over civil actions against the United States for personal injury caused by the negligent or wrongful acts or omissions of federal employees acting within the scope of their employment.

5.  Venue is proper in this District pursuant to *28 U.S.C. § 1402(b)* because Plaintiff resides in this District and the acts and omissions giving rise to this claim occurred within this District.

6.  Plaintiff has satisfied all administrative prerequisites to suit as required by *28 U.S.C. § 2675(a)*.

7.  On or about September 8, 2025, Plaintiff timely presented a written administrative tort claim to the United States Postal Service, the appropriate federal agency, seeking money damages for personal injuries arising from the motor vehicle collision described herein.

8.  On or about September 17, 2025, the United States Postal Service issued a written denial of the administrative claim on procedural grounds related to a then-pending state court action.

9.  Plaintiff thereafter dismissed the state court action as to the United States Postal Service and its employee.

10. On or about September 22, 2025, Plaintiff timely submitted a written request for reconsideration of the administrative claim pursuant to *28 C.F.R. § 14.9(b)*.

11. From approximately September 22, 2025 through December 8, 2025, Plaintiff and the United States Postal Service engaged in good-faith settlement negotiations.

**COMPLAINT FOR DAMAGES (Federal Tort Claims Act)**

12. On or about December 8, 2025, the United States Postal Service issued a written final denial of Plaintiff's request for reconsideration.

13. Pursuant to *28 U.S.C. § 2675(a)* and *28 U.S.C. § 2401(b)*, Plaintiff is entitled to institute this civil action in federal court, and this action is timely filed within six months of the date of final denial of the administrative claim.

### III.     FACTUAL ALLEGATIONS

14. On or about June 7, 2024, Plaintiff was lawfully operating her motor vehicle in San Bernardino County, California.

15. At the same time and place, a motor vehicle owned by the United States Postal Service and operated by its employee, MARK ANTHONY FRETZ, was being driven within the course and scope of federal employment.

16. Defendant's employee negligently operated the USPS vehicle, causing it to collide with Plaintiff's vehicle.

17. As a direct and proximate result of Defendant's negligence, Plaintiff sustained personal injuries, property damage, and other losses.

18. Plaintiff incurred medical expenses, suffered physical pain and mental anguish, and sustained loss of earnings and earning capacity.

19. Plaintiff will continue to incur damages in the future as a result of Defendant's conduct.

### IV.     CLAIM FOR RELIEF

(Negligence – Federal Tort Claims Act)

20. Plaintiff realleges and incorporates paragraphs 1 through 19 as though fully set forth herein.

21. Defendant, through its employee, owed Plaintiff a duty to operate the motor vehicle with reasonable care.

22. Defendant breached that duty by negligently operating the USPS vehicle.

23. Defendant's negligence was a substantial factor in causing Plaintiff's injuries and damages.

**COMPLAINT FOR DAMAGES (Federal Tort Claims Act)**

24. Under *28 U.S.C. § 1346(b)(1)*, the United States is liable in the same manner and to the same extent as a private individual under the law of the State of California.

## V.    DAMAGES

25. Plaintiff seeks damages according to proof at trial, including but not limited to:

   a. Past and future medical expenses

   b. Past and future pain and suffering

   c. Past and future lost earnings and loss of earning capacity

   d. Property damage

   e. Costs and allowable expenses

## VI.    BENCH TRIAL DEMAND

26. Plaintiff respectfully demands trial by the Court on all issues so triable.

## VII.    PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1.  For general and special damages according to proof;

2.  For costs of suit incurred herein;

3.  For such other and further relief as the Court deems just and proper.


DATED: _____


Respectfully submitted,


DATE: February 2, 2026                          **BEVERLY LAW**


By: _____
                                   Michael Shemtoub, Esq.
                                   Attorney for **Plaintiff**,
                                   ROSALINDA SEFERINO

4
**COMPLAINT FOR DAMAGES (Federal Tort Claims Act)**